**RIORDAN J. ZAVALA, ESQ. - SBN 143870**
Law Offices of Riordan J. Zavala
P.O. Box 1061
Placentia, CA 92871
(714) 996-5168
e-mail: rjzlaw@adelphia.net

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Coastline Manufacturing, LLC<br><br>Debtor.<br><br>And related cases. | **Case No. 6:09-bk-28324- BB**<br><br>Chapter 11<br>Assigned: Hon. Sheri Bluebond<br><br>**MOTION FOR JOINT ADMINISTRATION OF CASES PURSUANT TO FRBP 1015; DECLARATION OF RIORDAN J. ZAVALA, ESQ. IN SUPPORT THEREOF.**<br><br>(No Hearing Necessary)<br><br>**[Fed. R. Bankr. P. 1015(b); LBR1015-1(b).** |

**To the Court:**

Debtor hereby moves for joint administration of the following 6 Chapter 11 matters inasmuch as all debtors are affiliated as defined in 11 USC section 101(2)(A) or (B); and, pursuant to Fed. R. Bankr. P. 1015(b) which allows the court to order joint administration of estates of a debtor and an affiliate; and, pursuant to LBR 1015-1(b)(1) without notice and an opportunity for hearing upon the filing of a motion for joint administration pursuant to FRBP 1015.

08/17/09                                                              /s/Riordan J. Zavala, Esq.
                                                                              Attorney for Debtor

-1-

**STATEMENT OF FACTS— DECLARATION OF RIORDAN J. ZAVALA, ESQ.**

I, Riordan J. Zavala, Esq. declare:

I am an attorney at law duly licensed to practice before the United States District Court- Central and Northern Districts of California, the Ninth Circuit Court of Appeal, and all state courts of California; and, am counsel for debtor in the above-entitled Chapter 11 matter. Accordingly, I know all matters and facts set forth herein to be true of my own personal knowledge, except those stated upon information and belief; and as to those, I believe them to be true. If called as a witness, I could and would competently testify thereto.

1. The following 6 debtors are all affiliates of one another. All initiated Chapter 11 petitions on 08/11/09; and, all matters are pending in the same court, before the same judge, i. e. the Hon. Sherri Bluebond, wherein this counsel represents each debtor:

6:09-bk-28324-BB, In re Coastline Manufacturing, LLC

6:09-bk-28325-BB, In re Elite Window Corporation

6:09-bk-28326-BB, In re Magna Window Corporation

6:09-bk-28327-BB, In re Pacific Window Corporation

6:09-bk-28328-BB, In re Pac Bay Window, LLC

6:09-bk-28330-BB, In re Window Logic Corp

2. On information and belief, David Garthwaite is the managing member of debtor Coastline Manufacturing, LLC (hereinafter "Coastline") the lead case; as well as of affiliated debtor Pac Bay Window, LLC("Pac Bay"); and President and CEO of affiliated corporate debtors Elite Window Corporation ("Elite"), Magna Window Corporation("Magna"), Pacific Window Corporation ("Pacific"), and Window Logic Corp ("Window Logic"). On further information and belief, he is the sole owner of Window Logic, which has a 51% interest in Coastline and Pac Bay; and he owns the other 49% interest individually in those two entities; and, 100% interest individually in Elite, Magna, Pacific, and Window Logic. Ostensibly then he is the sole owner of all 6 debtors.

-2-

3.    There is only one secured creditor, as to each debtor, Textron Financial, which, is common to all 6 debtors, either in their capacity as a direct borrower; or, as a guarantor of the related loan made by Textron to debtors.

4.    Mr. Garthwaite, an insider, and alleged guarantor of the Textron debt, has been listed as an unsecured creditor, in unknown amounts, as to each debtor.

5.    Creditor, The David Garthwaite Family Trust, is another insider, owned by Mr. Garthwaite's father, who owns the two facilities collectively used by debtors in the businesses, and is owed rent by Coastline and Pac Bay, respectively.

6.    Apart from the above-mentioned, these would appear to be the only potential conflicts of interest. Accordingly, creditors from the different estates can be protected from any such potential conflicts of interest.

7.    Thus, joint administration of the 6 cases is warranted inasmuch as all debtors are affiliated and there is ostensibly a single owner of all debtors; and, joint administration of all these cases will ease the administrative burden for the court and the parties.

I declare under penalty of perjury that the foregoing is true and correct; and, that this declaration was executed on 08/17/09 at Placentia, California.

By: /s/ Riordan J. Zavala, Esq.