

**FILED & ENTERED**

AUG 18 2009

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Coastline Manufacturing LLC,<br><br><br><br><br><br>Debtor(s). | Case No: 6:09-bk-28324-BB<br><br>Chapter: 11<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR JOINT ADMINISTRATION OF CASES**<br><br>(No hearing required) |

      The Court having reviewed and considered the "Motion for Joint Administration of Cases" filed August 17, 2009 in the above chapter 11 case (the "Motion") and having found that (1) it was not supported by a declaration under penalty of perjury from a party with personal knowledge of any of the relevant facts, (2) it did not contain any information about the nature of any of the debtors' operations, the extent to which the operations of the affected debtors are, or are not, related to one another, whether or not the debtors are operated collectively as a common enterprise, whether they conduct business out of the same or different business locations, whether they have overlapping sets of employees or directors, etc. and (3) it was not served on any party in interest, and other good cause appearing therefor,

**IT IS HEREBY ORDERED** the Motion is denied without prejudice. Any future motion requesting similar relief must be supported by a declaration under penalty of perjury from a declarant who has personal knowledge of the relevant facts, must be served on at least the U.S. Trustee, secured creditors and the 20 largest unsecured creditors and should be supported by sufficient facts to demonstrate to the satisfaction of the Court that the requested relief is warranted and appropriate.

# # #

DATED: August 18, 2009

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ORDER DENYING WITHOUT PREJUDICE MOTION FOR JOINT ADMINISTRATION OF CASES_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 18, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Mark D. Hurwitz | mhurwitz@lsl-la.com |
| Leo D. Plotkin | lplotkin@lsl-la.com |
| Riordan J. Zavala | rjzlaw@adelphia.net |
| U.S. Trustee | Elizabeth.lossing@usdoj.gov |

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page