1  LEVY, SMALL & LALLAS
   A Partnership Including Professional Corporations
2  LEO D. PLOTKIN (SBN 101893)
   MARK D. HURWITZ (SBN 151159)
3  815 Moraga Drive
   Los Angeles, California 90049
4  Telephone:    (310) 471-3000
   Facsimile:    (310) 471-7990
5
   Attorneys for Secured Creditor
6  Textron Financial Corporation

7

8              UNITED STATES BANKRUPTY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | In re COASTLINE MANUFACTURING, | Case No. 6:09-bk-28324-BB
   | LLC, |
12 | | Chapter 11
   |                    Debtor. |
13 | |
   | EIN: 20-0618466 | **SECURED CREDITOR TEXTRON
14 | | FINANCIAL CORPORATION'S
   | | EVIDENTIARY OBJECTIONS TO THE
15 | | DECLARATION OF DAVID
   | | GARTHWAITE IN SUPPORT OF
16 | | DEBTORS' MOTION FOR COURT
   | | AUTHORIZATION OF USE OF CASH
17 | | COLLATERAL**
18 | |
   | | Date:   August 20, 2009
19 | | Time:   2:00 p.m.
   | | Place:  Ctrm 1475
20

21

22
       Secured Creditor Textron Financial Corporation ("TFC") hereby object to, and moves to
23
   strike, the following portions of the Declaration of David Garthwaite in Support of Debtors'
24
   Motion for Court Authorization of Use of Cash Collateral as follows:
25

26

27

28

---
-1-
EVIDENTIARY OBJECTIONS TO GARTHWAITE DECLARATION

## EVIDENTIARY OBJECTIONS

| Portion Of Declaration To Which Objection Is Made | Grounds For Objection |
|---|---|
| "After attempted negotiations to modify loan terms with secured creditor Textron Financial (who had breached on its obligation to continue funding a revolving line of credit with the companies) failed, it initiated state court proceedings on or about Monday, 08/10/09, and attempted to have a receiver appointed on Tuesday, 08/11." (P. 2, lns. 12-15.) | Object to testimony regarding alleged breach by TFC: FRE 602 (lack of personal knowledge) and FRE 701 (impermissible lay opinion). |
| "On Wednesday, 08/12, at 3:55 p.m., at our counsel's request, I provided the attached Exhibit A, which is a true and correct copy of the Pro Forma Cash Receipts and Disbursements on the businesses, for the months of August through October, to be transmitted to opposing counsel for the purpose of attempting to enter into a use of cash collateral stipulation for court approval." (P. 2, lns. 21-24.) | Object to Exhibit A: FRE 802 (hearsay), FRE 602 (lack of personal knowledge), and FRE 901 (lack of authentication). |
| "Exhibit A, which is a true and correct copy of the Pro Forma Cash Receipts and Disbursements for the months August through October represents projected ordinary and necessary expenses for operation of the businesses, which will average approximately $633,800.00 per month, and which constitute the various needs for the use of the cash collateral at issue. Receipts are projected to average $660,000/mo. for that same period, leaving approximately $26,000/mo., available for periodic cash payments to | Object to Exhibit A and testimony regarding revenue and expense projections: FRE 802 (hearsay), FRE 602 (lack of personal knowledge), FRE 701 (impermissible lay opinion), and FRE 901 (lack of authentication). |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Textron. In addition, there may be additional flexibility in this regard with respect to the $35,000 ongoing payment owed to the landlord on the Sacramento facility." (P. 4, ln. 21 – p. 5, ln. 2.) | |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | "Attached as Exhibit D, is a true and correct copy of Invoiced Sales, on a month by month basis for the businesses, going back to 2004. What it reflects for the year 2009 is that from the monthly trough in February at $373,000.00, sales have steadily improved on a month by month basis to the point where we are beyond break-even, as reflected in the previous paragraph." (P. 5, lns. 3-6.) | Object to Exhibit D and testimony regarding sales history and purported fact that Debtors are "beyond break-even": FRE 802 (hearsay), FRE 602 (lack of personal knowledge), FRE 701 (impermissible lay opinion), and FRE 901 (lack of authentication). |
| 13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | "Attached as Exhibit E, is a true and correct copy of the consolidated balance sheet for the businesses as of 06/30/09. As to the assets to which Textron claims a security interest underlying its $2.26 million loans, term and revolving, i.e. A/R, inventory, and equipment, there exists a substantial equity cushion to Textron's interest, inasmuch as the ongoing enterprise value of each is $1.5 million, $4.78 million and $2.22 million, respectively, for a total $8.51 million. It is unclear what the liquidation value of the aforementioned assets would be." (P. 5, lns. 7-12.) | Object to Exhibit E and opinion testimony regarding purported "equity cushion" and value of accounts receivable, inventory, and equipment: FRE 802 (hearsay), FRE 602 (lack of personal knowledge), FRE 701 (impermissible lay opinion), and FRE 901 (lack of authentication). |

DATED: August 19, 2009

LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/ Leo D. Plotkin
LEO D. PLOTKIN
Attorneys for Secured Creditor
Textron Financial Corporation

-3-
EVIDENTIARY OBJECTIONS TO GARTHWAITE DECLARATION

| In re:<br>Coastline Manufacturing, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-bk-28324-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

815 Moraga Drive, Los Angeles, CA 90049-1633

A true and correct copy of the foregoing document described Secured Creditor Textron Financial Corporation's Evidentiary Objections to the Declaration of David Garthwaite in Support of Debtors' Motion for Court Authorization of Use of Cash Collateral will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Riordan J. Zavala, Esq.  rjzlaw@adelphia.net
U.S. Trustee  ustpregion16.rs.ecf@usdoj.gov
Elizabeth A. Lossing on behalf of U.S. Trustee  elizabeth.lossing@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 20, 2009 | Heidi Petrilli | /s/ Heidi Petrilli |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1