1  LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
2  LEO D. PLOTKIN (SBN 101893)
MARK D. HURWITZ (SBN 151159)
3  815 Moraga Drive
Los Angeles, California 90049
4  Telephone:    (310) 471-3000
Facsimile:    (310) 471-7990
5
Attorneys for Secured Creditor
6  Textron Financial Corporation

FILED & ENTERED

AUG 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

UNITED STATES BANKRUPTY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COASTLINE MANUFACTURING, LLC,<br><br>Debtor.<br><br>EIN: 20-0618466 | Case No. 6:09-bk-28324-BB<br><br>Chapter 11<br><br>**ORDER DENYING DEBTORS' MOTION FOR COURT AUTHORIZATION OF USE OF CASH COLLATERAL**<br><br>Date:  August 20, 2009<br>Time:  2:00 p.m.<br>Place: Ctrm. 1475 |

Debtors' Motion for Court Authorization of Use of Cash Collateral (the "Motion") came on for hearing on August 20, 2009 at 2:00 p.m. in Courtroom 1475 of the above-titled Court, the Honorable Sheri Bluebond, United States Bankruptcy Judge presiding. Debtors were represented by their counsel, Riordan J. Zavala. Secured creditor Textron Financial Corporation ("TFC") was represented by its counsel, Tom Lallas of Levy, Small & Lallas, a Partnership Including Professional Corporations. Any other appearances are as noted in the record.

The Court has read and considered the papers submitted in support of, and in opposition to, the Motion, and has heard argument of counsel. Based upon the foregoing:

1  IT IS HEREBY ORDERED that the Motion is denied without prejudice for the reasons stated on the record at the hearing.

Submitted by:
LEO D. PLOTKIN
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations


By: /s/ Leo D. Plotkin
    LEO D. PLOTKIN
    Attorneys for Secured Creditor
    Textron Financial Corporation

#####

DATED: August 28, 2009

United States Bankruptcy Judge

-2-
**ORDER RE MOTION FOR USE OF CASH COLLATERAL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

815 Moraga Drive, Los Angeles, CA  90049-1633

A true and correct copy of the foregoing document described  ORDER DENYING DEBTORS' MOTION FOR COURT AUTHORIZATION OF USE OF CASH COLLATERAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 25, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA  92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 25, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Riordan J. Zavala, Esq.                                              rjzlaw@adelphia.net
Elizabeth A. Lossing on behalf of U.S. Trustee           elizabeth.lossing@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2009 | Heidi Petrilli | /s/ Heidi Petrilli |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ORDER DENYING DEBTORS' MOTION FOR COURT AUTHORIZATION OF USE OF CASH COLLATERAL was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Leo D. Plotkin, Esq.                                 lplotkin@lsl-la.com
Riordan J. Zavala, Esq.                              rjzlaw@adelphia.net
U.S. Trustee                                         ustpregion16.rs.ecf@usdoj.gov
Elizabeth A. Lossing on behalf of U.S. Trustee       elizabeth.lossing@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page