**RIORDAN J. ZAVALA, ESQ. - SBN 143870**
Law Offices of Riordan J. Zavala
P.O. Box 1061
Placentia, CA 92871
(714) 996-5168
e-mail: rjzlaw@adelphia.net

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Coastline Manufacturing, LLC<br><br>Debtor.<br><br>And related cases. | **Case No. 6:09-bk-28324- BB**<br><br>Chapter 11<br>Assigned: Hon. Sheri Bluebond<br><br>**[SEPARATE] MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Date: To be determined.<br>Time:<br>Place:<br><br>**[LBR 2091-1]** |

**TO THE COURT AND DEBTOR:**

Pursuant to LBR 2091-1, attorney of record, Riordan J. Zavala, Esq. /Law Offices of Riordan J. Zavala, hereby moves the court for leave to withdraw from representation of debtor in the above-entitled matter, as evidenced by his declaration filed with the court in support thereof on 09/04/09. Moreover, debtor is hereby notified pursuant to subd. (d) of the aforementioned rule, that as a corporation or limited liability company, it may not appear without counsel; and, that the case may be converted to chapter 7, a trustee may be appointed, or the case may be dismissed.

Date: 09/09/09                                                                            /s/Riordan J. Zavala, Esq.
                                                                                                       Attorney for Debtor

-1-

| In re: Coastline Manufacturing, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-bk-28324- BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: P.O. Box 1061, Placentia, CA 92871

A true and correct copy of the foregoing document described as [**SEPARATE**] **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF RIORDAN J. ZAVALA, ESQ. IN SUPPORT THEREOF.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/09/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee            Elizabeth.lossing@usdoj.gov
Mark D. Hurwitz         mhurwitz@lsl-la.com
Leo D. Plotkin          lplotkin@lsl-la.com
Richard Egger           richard.egger@bbklaw.com
Stephen R. Wade         srw@srwadelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 09/09/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Garthwaite, David  dgjr@window-logic.com       Re:  Debtor

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/09/09 | Riordan J. Zavala, Esq. | /s/ | Riordan J. Zavala, Esq. |
|---|---|---|---|
| *Date* | *Type Name* | | *Signature* |