1  LEO D. PLOTKIN (SBN 101893)
   MARK D. HURWTZ (SBN 151159)
2  LEVY, SMALL & LALLAS
   A Partnership Including Professional Corporations
3  815 Moraga Drive
   Los Angeles, California 90049-1633
4  Telephone:   (310) 471-3000
   Facsimile:    (310) 471-7990
5  Email:        lplotkin@lsl-la.com

6  Attorneys for Secured Creditor
   TEXTRON FINANCIAL CORPORATION

7

8

9

10

11              UNITED STATES BANKRUPTCY COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

14

| 15 | *In re* | Case No. 6:09-bk-28324-BB |
| 16 | COASTLINE MANUFACTURING, LLC, | [Jointly Administered With 6:09-bk-28325-BB, 6:09-bk-28326-BB, 6:09-bk-28327-BB, 6:09-bk-28328-BB, and 6:09-bk-28330-BB] |
| 17 | | |
| 18 | *Debtor.* | Chapter 11 |
| 19 | | |
| 20 | | **RESPONSE OF TEXTRON FINANCIAL CORPORATION TO MOTIONS TO CONVERT OR DISMISS CASES; DECLARATION OF LEON J. OWENS** |
| 21 | | |
| 22 | | |
| 23 | | Date:       January 27, 2010<br>Time:       11:00 a.m.<br>Courtroom: 303 |
| 24 | | |
| 25 | AND JOINTLY ADMINISTERED CASES. | |

26

27

28

In the interest of protecting the assets of the bankruptcy estates for the benefit of the estates and their creditors, Secured Creditor Textron Financial Corporation ("TFC") agrees with the Office of the United States Trustee that the above-captioned case, as well as the cases jointly administered therewith, should be converted to Chapter 7 proceedings rather than dismissed.

The need for conversion is exemplified by Debtors' conduct concerning Debtors' "rolling stock assets." After TFC obtained relief from the automatic stay herein, so that TFC could exercise its non-bankruptcy remedies, the State Court-appointed Receiver assumed control of Debtors' premises and arranged for a sale by public auction of, among other things, Debtors' machinery and equipment. Although TFC has a perfected security interest in most of Debtors' machinery and equipment, TFC did not perfect a security interest in the rolling stock.

The Receiver proposed to Debtors that the rolling stock assets be included in the auction sale, with the proceeds of the rolling stock to be accounted for separately from the proceeds of other assets sold at auction. Debtors, however, refused to allow the rolling stock to be included in the auction. Instead, the rolling stock remains at Debtors' former premises, the leases to which have been rejected and which the Receiver has vacated.

Since it is clear that Debtors are no longer operating, and do not need the rolling stock for continuing business operations, the rolling stock should be liquidated and sold in a commercially reasonable manner for the benefit of the estates and their creditors.[1] As Debtors have not taken any apparent action to arrange for such a sale, and have rejected the opportunity to sell the rolling stock efficiently in a prior auction sale, these cases should be converted to Chapter 7 proceedings, with the appointment of a Chapter 7 Trustee, who can arrange to safeguard and sell the assets of the estates for the benefit of their creditors.

DATED: January 13, 2010

LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: _____
MARK D. HURWITZ
Attorneys for Secured Creditor
TEXTRON FINANCIAL CORPORATION

24512

---

[1] It should also be noted that Debtors had used cash collateral post-petition without Court approval or TFC's consent.

1

# DECLARATION OF LEON J. OWENS

I, LEON J. OWENS, declare as follows:

1. I am the Receiver, appointed by the Superior Court of the State of California for the County of Riverside in the action entitled <u>Textron Financial Corporation v. Coastline Manufacturing, LLC, et al.</u>, Case No. RIC 533147, and pursuant to that appointment, I have acted as Receiver for Coastline Manufacturing, LLC, Pac Bay Window, LLC, Window Logic Corp., Pacific Window Corporation, Elite Window Corporation, and Magna Window Corporation (collectively, "Debtors"). I have personal, first-hand knowledge of the entire contents of this Declaration and, if called upon to do so, could and would competently testify thereto.

2. As the Receiver for Debtors, I, among other things, assumed control of Debtors' business premises in Banning and Sacramento, California and arranged for various assets located at those premises to be sold at public auction.

3. In preparing for the auction, I took control of all assets at both locations. At that time, I understood that there was certain rolling stock (see attached Exhibit 1), which were assets as to which the Debtors claimed and Textron Financial Corporation ("TFC") did not dispute that TFC had not perfected a security interest in accordance with applicable state law.

4. In November 2009, I spoke with David Garthwaite, Jr. who declared he was the President and sole shareholder of Debtors. The rolling stock at both locations, particularly at Banning, were numerous and the dollar volume was perceived to be substantial. I suggested that the receivership could sell the rolling stock, along with the assets that are subject to TFC's lien, at the same time and separately account for the monies received from the rolling stock. Mr. Garthwaite advised me that he did not want the rolling stock sold with the other assets.

5. The auction sale occurred on December 16 and 17, 2009 at Debtors' former Banning and Sacramento premises, respectively. The rolling stock assets were not sold at the auction sale. Subsequently, I arranged for the Banning and Sacramento premises to be vacated so that the receivership estate would not continue to incur rent charges at the premises. I have now vacated both the Banning and Sacramento premises, but to my knowledge, the rolling stock

1  remains at both locations and, to the best of my knowledge, has not been sold or otherwise
2  safeguarded by Debtors.
3
4      I declare under penalty of perjury under the laws of the State of California and the United
5  States of America that the foregoing is true and correct.
6      Executed this 12th day of January, 2010 at Los Angeles, California.

                                                    /s/ Leon J. Owens, Receiver
                                                  LEON J. OWENS

24512

## COASTLINE MANUFACTURING
### VEHICLE LIST AS OF 03/08

#### AUTOMOBILES

| YEAR | UNIT | MAKE/MODEL | SERIAL NO. | LICENSE NO | REG DATE DUE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 2003 |  | MERCEDES | WDBUF65JX3A259385 | PACWIN1 | 5/8/2006 |
| 1993 |  | ROLLS ROYCE | SCAZNO2DXPCX46318 | 4JNR444 | 1/18/2010 |

#### TRUCKS

| SIZE | UNIT | MAKE | SERIAL NO | LICENSE | REG DATE |
|---|---|---|---|---|---|
| 1997 | 32 | GMC/DIESEL | 1GDJ7H1J3VJ503119 | 5P25254 | 7/31/2009 |
| 2003 | 83 | DODGE DAKOTA | 1D7FL16X93S203754 | 7F65287 | 7/31/2009 |
| 2002 | 69 | DODGE/DAKOTA | 1B7FL16X12S528522 | 6T43893 | 9/30/2009 |
| 2004 | 84 | DODGE | 1D7HA16N14J110084 | 7T47064 | 9/30/2009 |
| 2004 | 85 | DODGE | 1D7HA16N14J100722 | 7E36861 | 9/30/2009 |
| 1999 | 34 | DODGE/1TON | 3B7MC3667XM515462 | 6U83050 | 10/31/2008 |
| 1999 | 36 | DODGE/1TON | 3B7MC3663XM515460 | 6N61059 | 10/31/2008 |
| 1999 | 40 | DODGE/1TON | 3B7MC3669XM515463 | 5X39904 | 10/31/2009 |
| 1999 | 41 | DODGE/1TON | 3B7MC3668XM515468 | 8P64420 | 10/31/2009 |
| 2002 | 70 | DODGE/1TON | 3B7MC366X2M221790 | 8J36261 | 10/31/2009 |
| 2002 | 76 | ISUZU | JALE5B14327902588 | 8R42901 | 10/31/2009 |
| 1999 | 43 | DODGE/1TON | 3B7MC3662XM515465 | 5W60106 | 11/30/2009 |
| 2002 | 73 | ISUZU | JALE5B14027902709 | CP89240 | 12/31/2008 |
| 2002 | 74 | ISUZU | JALE5B14727902691 | 7A53440 | 11/30/2009 |
| 2003 | 75 | ISUZU | JALE5B14X37901746 | 7A53617 | 11/30/2009 |
| 2002 | 77 | ISUZU | JALE5B14X27902586 | 7A53443 | 11/30/2008 |
| 2002 | 78 | ISUZU | JALE5B14327902638 | 7A53442 | 11/30/2009 |
| 2002 | 79 | ISUZU | JALE5B14927902532 | 7A53436 | 11/30/2008 |
| 2002 | 80 | ISUZU | JALE5B14527902611 | 7A53613 | 11/30/2009 |
| 2002 | 81 | ISUZU | JALE5B14227902663 | 7A53441 | 11/30/2008 |
| 2002 | 82 | ISUZU | JALE5B14227902680 | 7A53437 | 11/30/2009 |
| 2001 | 48 | DODGE/PICKUP | 1B7HC16Y21S132163 | 6L48311 | 12/31/2008 |
| 2001 | 60 | DODGE/1TON | 3B7MC36611M538890 | 6L46893 | 1/31/2009 |
| 2001 | 61 | DODGE/1TON | 3B7MC36631M538891 | 6K08768 | 1/31/2009 |
| 2001 | 62 | DODGE/1TON | 3B7MC36651M538889 | 6X56672 | 1/31/2009 |
| 2001 | 65 | DODGE/DAKOTA | 1B7FL26X81S128722 | 6P71687 | 5/31/2010 |
| 2001 | 66 | DODGE/DAKOTA | 1B7FL26X51S289397 | 8B87299 | 5/31/2010 |

#### TRAILERS

| SIZE | UNIT | MAKE | SERIAL NO | LICENSE | |
|---|---|---|---|---|---|
| 30' | T-1 | SPCN | CA433088 | UE6598 | PERM |
| 30' | T-2 | SPCN | CAL218241 | UE6576 | PERM |
| 30' | T-3 | SPCN | CA535988 | 1UN7616 | PERM |
| 40' | T-4 | SPCN | CA218236 | 1UF6324 | PERM |
| 40' | T-6 | SPCN | CA716316 | 4CL5068 | PERM |
| 40' | T-7 | SPCN | CA716322 | 4CL5067 | PERM |
| 40' | T-8 | SPCN | CA716326 | 4CL5066 | PERM |
| 40' | T-9 | SPCN | CA716345 | 1VG9002 | PERM |
| 40' | T-10 | SPCN | CA716349 | 1VG9006 | PERM |
| 40' | T-11 | SPCN | CA716380 | 1VG9019 | PERM |
| 40' | T-12 | ZIEMAN | 1ZCS49E39VZP19258 | 4CB3262 | PERM |
| 40' | T-14 | AZ-TEX | 4ZBUE0321YK000002 | 1WC3810 | PERM |
| 40' | T-17 | AZ-TEX | 4ZBUE0326YK000027 | 1WJ6904 | PERM |
| 40' | T-18 | AZ-TEX | 4ZBUE0169YK000464 | 4FR7184 | PERM |
| 40' | T-22 | BIG TEX | 4K8GX403211568347 | 4BU7062 | PERM |
|  | T-25 | 91 UTILITY | 1UYTS2485NC683811 | 1WY2231 | PERM |
| 40' | T-26 | BIG TEX | 4K8GX403X31504348 | 4ED4783 | PERM |
| 40' | T-27 | BIG TEX | 4K8GX403631504346 | 4ED8798 | PERM |
| 40' | T-28 | BIG TEX | 4K8GX403831504347 | 4ED8308 | PERM |
| 20' | WT-1 | BIG TEX | 16VFX202952H66217 | 4GB6436 | PERM |
| 20' | WT-2 | BIG TEX | 16VFX202651H67931 | 4GB6437 | PERM |
| 16" | ST-4 | AZ-TEX | 4ZBUE0143YK000491 | 4CB3263 | PERM |
| 12' | ST-5 | BIG TEX | 16VAX121531A78601 | 4DU9968 | PERM |
| 12' | ST-6 | BIG TEX | 16VAX121831A77054 | 4DU9967 | PERM |

### PAC BAY WINDOW
### VEHICLE LIST

#### TRUCKS

| SIZE | UNIT | MAKE | SERIAL NO | LICENSE | |
|---|---|---|---|---|---|
| 1999 | 37 | DODGE/1TON | 3B7MC3667XM515459 | 7E36773 | 10/31/2008 |
| 1999 | 38 | DODGE/1TON | 3B7MC3665XM515461 | 7E37048 | 10/31/2008 |
| 1999 | 44 | CHEVROLET/S10 | 1GCCS14X5X8139265 | 6B33239 | 6/30/2008 |

Page 1

EXHIBIT ____

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 1999 | 46 | DODGE/DAKOTA | 1B7FL26X6YS587077 | 6F25042 | 2/28/2007 | ?? |
| 2000 | 47 | DODGE/1TON | 3B7MC36621M287605 | 6K34518 | 9/30/2009 | |
| 1996 | 53 | DODGE 3500 | 1B7MC36C3TJ153918 | 7P70296 | 7/31/2008 | |
| 1997 | 55 | GMC SONOMA | 1GTCS1449VK502625 | 7S84302 | 1/31/2007 | |
| 2001 | 63 | DODGE/DAKOTA | 1B7FL26X31S259623 | 6N94529 | 3/31/2010 | |
| 2001 | 64 | DODGE/1TON | 3B7MC36661M525651 | 7Y62521 | 4/30/2008 | |
| 2001 | 67 | DODGE/1TON | 3B7MC36601M568110 | 6R19569 | 5/31/2009 | |
| 2002 | 71 | ISUZU | JALE5B14627902603 | 7A53438 | 11/30/2009 | |
| 2002 | 72 | ISUZU | JALE5B14727902612 | 7A53439 | 11/30/2009 | |
| 2004 | 86 | DODGE | 1D7HA16N34J187300 | 7J92864 | 1/31/2007 | |

## TRAILERS

| SIZE | UNIT | MAKE | SERIAL NO | LICENSE | |
|---|---|---|---|---|---|
| 27' | T-5 | SPCN | CA480795 | XW4427 | PERM |
| 40' | T-13 | AZ-TEX | 4ZBUE032XYK000001 | 4CL5096 | PERM |
| 40' | T-15 | AZ-TEX | 4ZBUE0323YK000003 | 1WJ5846 | PERM |
| 40' | T-16 | AZ-TEX | 4ZBUE032XYK000015 | 1WJ6256 | PERM |
| | T-19 | HALE | 18101896 | 4CB3219 | PERM |
| | T-20 | HALE | 80490 | 4CB3220 | PERM |
| 40' | T-21 | BIG TEX | 4K8GX403011568346 | 4BA6968 | PERM |
| 40' | T-23 | BIG TEX | 4K8GX403411568348 | 1WM8969 | PERM |
| | T-24 | 91 UTILITY | 1UYTS2484NC683802 | 4CB3193 | PERM |
| 12' | ST-1 | BIG TEX | 16VAX1212T1A81987 | 1HA2260 | PERM |

## WINDOW LOGIC CORPORATION
## VEHICLE LIST

### AUTOMOBILES

| SIZE | UNIT | MAKE | SERIAL NO | LICENSE | |
|---|---|---|---|---|---|
| 2006 | | GMAC | 1G6KD57Y76U109484 | 5RTZ625 | 10/28/2008 |
| 2007 | | MERCEDES | 4JGBF71E57A124310 | 5VKE413 | 7/2/2008 |

| In re:<br>Coastline Manufacturing, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:09-bk-28324-BB |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 815 Moraga Drive, Los Angeles, CA 90049-1633

A true and correct copy of the foregoing document described as **RESPONSE OF TEXTRON FINANCIAL CORPORATION TO MOTION TO CONVERT OR DISMISS CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Stephen R. Wade, Esq.                         dp@srwadelaw.com
U.S. Trustee                                  ustpregion16.rs.ecf@usdoj.gov
Elizabeth A. Lossing on behalf of U.S. Trustee   elizabeth.lossing@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond    **(Via Personal Delivery)**
United States Bankruptcy Court
255 East Temple Street, Room 1482
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 13, 2010         Heidi Petrilli            /s/ Heidi Petrilli
Date                     Type Name                 Signature

1